UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 09-102 |
| v. | : | CONSENT ORDER FOR CONTINUANCE |
| TERREKE BRANCH | : | |

This matter having come before the Court on the application of Terreke Branch, defendant in the captioned matter by his attorney, Lorraine Gauli-Rufo, Esq., Assistant Federal Public Defender, with the consent of Rodney Villazor, Assistant United States Attorney, for an order granting a revision of the motion and trial schedule, and the defendant being aware that he has the right to have the matter submitted to a jury for trial within seventy days of the date of his indictment pursuant to Title 18 of the United States Code, Section 3161©, and it appearing that the defendant waives such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that defense pretrial motions shall be filed on April 23, 2009, that the Government's reply shall be due on May 7, 2009, the motions shall be returnable on a date to be set by the Court, and the trial shall be scheduled on a date to be set by the Court, for the following reasons:

1. Defendant has consented to the aforementioned continuance; and

2. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance

outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on the 31 Day of March, 2009

ORDERED that the proceedings scheduled in the above-captioned matter are hereby modified as set forth above.

HONORABLE DENNIS M. CAVANAUGH
United States District Judge

I hereby consent to the form and the content of this Order:

Lorraine Gauli-Rufo, AFPD, Dated
3/30/09

Rodney Villazor, AUSA, Dated