UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-102 (DMC)**

UNITED STATES OF AMERICA v. **Terreke Branch**
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Terreke Branch, FBI# 664051WA8, DOB: 10/02/1976, SBI# 131625C** is now confined in Northern State Prison.

2. **Terreke Branch,FBI# 664051WA8, DOB: 10/02/1976, SBI# 131625C** will be required at the <u>United States District Court in Newark, New Jersey</u> on <u>Monday, WED, September 9, 2009</u>, at <u>9:30 a.m.</u> for a <u>Motion Hearing</u> before the Honorable Dennis M. Cavanaugh in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   August 31, 2009          <u>/s/  Rodney Villazor</u>
                                  Rodney Villazor
                                  Assistant United States Attorney
                                  Petitioner - (973)645-2823

---

ORDER FOR WRIT:  Let the Writ Issue.

DATED: ( SEPT 2009                _____
                                  HON. DENNIS M. CAVANAUGH
                                  UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Northern State Prison.
We Command You that you have the body of **Terreke Branch, FBI# 664051WA8, DOB: 10/02/1976, SBI# 131625C** (by whatever name called or charged) now confined in <u>Northern State Prison</u> brought to the <u>United States District Court in Newark, New Jersey</u> on <u>Monday, WED. September 9, 2009</u>, at <u>9:30 a.m.</u> for a <u>Motion Hearing</u> in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Dennis M. Cavanaugh
        United States District Judge at Newark, N.J.

DATED: / SEPT. 2009              WILLIAM T. WALSH
                                 Clerk of the U.S. District Court
                                 for the District of New Jersey

                            Per: _____
                                 Deputy Clerk