UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Dennis M. Cavanaugh |
| v. | : | |
| | : | No. 09-cr-102 |
| | : | |
| TERREKE BRANCH | : | ORDER FOR CONTINUANCE |

An superseding indictment charging defendant Terreke Branch with possession with intent to distribute crack cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), having been filed on December 2, 2009; and defendant Terreke Branch having been represented by Olubukola Adetula, Esq.; and no bail having been set by the Court; and defendant and his counsel being aware that a trial must be held within 30 days of the filing of the indictment on these charges, pursuant to Title 18, United States Code, Section 3161(b); and four continuances having previously been granted by Magistrate Judge Falk and two continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A) so that the parties could attempt to reach a plea agreement and thereby avoid a possible trial; the Government and defendant hereby request a seventh continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this __27__ day of January, 2010

ORDERED that from the date this Order is entered, to and including February 22, 2010, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate a plea in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Olubukola Adetula, Esq.
Counsel for Terreke Branch

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge