UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :          Criminal No: 09-102(DMC)

vs.                        :

TERREKE BRANCH             :
                                      ORDER

This matter having been opened to the Court by the defendant, Terreke Branch (Olubukola O. Adetula, Esq.) appearing, for an order granting a modification of the Defendant's bail conditions; and Paul J. Fishman, the United States Attorney for the District of New Jersey (by Rodney Villazor, Assistant United States Attorney), having consented to same; and for good cause shown,

IT IS HEREBY ORDERED: that the release conditions of the defendant be modified as follows: (1) The defendant is removed from Home Incarceration with Electronic Monitoring; (2) The defendant is placed on Home Detention with Electronic Monitoring, (3) The defendant shall be restricted to his residence at all times except for education, Religious Services, medical, substance abuse, or mental health treatment, attorney visits, Court appearances, court related obligations or other activities pre-approved by Pretrial Services, (4) The defendant is permitted to seek and maintain employment as approved by Pretrial Services;

IT IS FURTHER ORDERED, that the defendant report to the United states Pretrial Services Office as required and instructed by that office;

IT IS FURTER ORDERED, that all other conditions of the defendants release remains the same

9/22/10

Hon. Dennis M. Cavanaugh, U.S.D.J.