LAW OFFICES OF
## OLUBUKOLA O. ADETULA
ATTORNEY AT LAW
969 SANFORD AVENUE
IRVINGTON, NEW JERSEY 07111

OLUBUKOLA O. ADETULA

TEL. 973-416-1000
TEL. 973-676-5505
FAX 973-416-1007

May 9, 2011

Honorable Dennis M. Cavanaugh
United States District Judge
United States Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: USA vs. Terreke Branch
Docket No: 09-00102-001

Dear Judge Cavanaugh:

I write the Court on behalf of my client Terreke Branch who is presently awaiting Sentencing before this Court. As the Court would recall, Mr. Branch pled guilty to a one count of Distribution and possession with the intent to distribute Cocaine Base on August 30, 2010. This was after he had been previously released on a $200,000 secured appearance bond, coupled with electronic monitoring on June 08, 2010. Since his release, Mr. Branch has been in compliance with the conditions of his release, as per the pretrial services office, and has been gainfully employed on a full time basis.

Mr. Branch's young son is having a 7th year birthday party this coming Saturday, May 14th at Six Flags Amusement park, located at 1 Six Flags Blvd, Jackson New Jersey. It is an all-day event, to be attended by a good number of family and friends, and Mr. Branch wishes to attend and celebrate this day with his son and family. In view of this, we are respectfully asking that the Court grant him permission to be away from his home beginning at 7 a.m. that morning, to return no later than 9 p.m. that evening. I have discussed this request with AUSA Rodney Villazor, and the Government has no objection to same. I have also spoken with his Pretrial services officer, Barbara Hutchinson, and I have informed her that this request is being made to the Court for consideration.

If the Court needs additional information, I will be available to provide same. Thank You for the kind consideration.

Respectfully Submitted,

Olubukola O. Adetula
cc: AUSA Rodney Villazor
    Pretrial Officer Barbara Hutchinson

5/11/11

SO ORDERED: _____
DENNIS M. CAVANAUGH, U.S.D.J.